IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FERNANDO MONES, | ) | |
|     Plaintiff, | ) | |
| v. | ) | PLAINTIFF DEMANDS JURY |
| | ) | |
| SIMS METAL MANAGEMENT, | ) | |
|     Defendant. | ) | |

## COMPLAINT

Fernando Mones, by and through his attorneys, Gene Hook Jr, and Jonathan Lubin, hereby Complain of Sims Metal Management, stating:

### Parties

1. Fernando Mones, is a resident of Illinois, and for the relevant period, was employed in Illinois.

2. Sims Metal Management is an Illinois corporation located in DuPage County, Illinois.

### Jurisdiction

3. Fernando Mones, until March 20, 2009, and for the relevant period, was an employee of Defendant as that term is defined in 29 U.S.C. § 630(f) and 42 U.S.C. § 12111(4).

4. Defendant, on or about march 20, 2009 was an employer as defined in 29 U.S.C. § 630(b) and 42 U.S.C. § 12111(5)(A).

5. This action is brought under the Age Discrimination in Employment Act ("ADEA") 29 U.S.C. § 623 et. seq. This Court has jurisdiction to hear this Complaint pursuant to the procedures of 29 U.S.C. § 626(c) and the Americans with Disabilities Act, 42 U.S.C. § 12101 et. seq. and 29 U.S.C. § 794(a).

### Facts relevant to all Counts

6. For over 30 years leading up to March 20, 2009, Fernando Mones was an employee of Sims Metal Management.

7. Plaintiff began his employment in November, 1974. Since then, and until March 20, 2009, Plaintiff's performance at Defendant met all of Defendant's expectations.

8. Plaintiff is over 60 years old.

9. Plaintiff suffers from a shoulder disorder which constitutes a disability. Defendant was aware of that disability when Plaintiff was first hired. The disability does not affect Plaintiff's ability to do his job.

10. On March 20, 2009, Defendant discharged Plaintiff from his position without offering any explanation.

11. Younger and non-disabled similarly situated employees were not terminated.

12. A right to sue letter was issued on July 25, 2011, and is attached hereto.

## Count I
## Discharge on the basis of Age

Plaintiff repeats and realleges paragraphs 1-11 as if stated herein in full.

12. Plaintiff was not discharged on any legal basis. Instead, his discharge was substantially based upon age.

13. As a result of that discharge, Plaintiff has suffered damages including the loss of his employment, wages, benefits, and other damages. Plaintiff has also suffered emotional distress.

WHEREFORE, Plaintiff prays that judgment be entered against Defendant and that he be granted the following relief:
    a.) All back wages and benefits from the date of termination.
    b.) compensatory damages,
    c.) Punitive damages,
    d.) Pre-judgment and post-judgment interest,
    e.) Costs, including reasonable attorney's fees,
    f.) Reinstatement with the same pay and seniority he would have enjoyed had he not been terminated; and
    f.) Such further relief as this Court deems appropriate.

## Count II
## Discharge on the basis of Disability

Plaintiff repeats and realleges paragraphs 1-11 as if stated herein in full.

14. Plaintiff was not discharged on any legal basis. Instead, his discharge was substantially based upon his disability.

15. As a result of that discharge, Plaintiff has suffered damages including the loss of his employment, wages, benefits, and other damages. Plaintiff has also suffered emotional distress.

WHEREFORE, Plaintiff prays judgment be entered against Defendant and that he be granted the following relief:

a.) All back wages and benefits from the date of termination.
b.) compensatory damages,
c.) Punitive damages,
d.) Pre-judgment and post-judgment interest,
e.) Costs, including reasonable attorney's fees,
f.) Reinstatement with the same pay and seniority he would have enjoyed had he not been terminated; and
f.) Such further relief as this Court deems appropriate.

s/Jonathan Lubin
One of Plaintiff's Attorneys

Gene Hook Jr.
33 N. LaSalle St.
Suite 2020
Chicago, IL 60603
(773) 606-1856

Jonathan Lubin
39 S. LaSalle St.
Suite 1400
Chicago, IL 60603
(312) 332-7374