## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| FERNANDO MONES | ) | |
| Plaintiff | ) | |
| vs | ) | Case No. 11 C 07399 |
| | ) | |
| SIMS METAL MGMT. | ) | Judge Blanche M. Manning |
| Defendant | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| | ) | |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)

IT IS HEREBY STIPULATED AND AGREED by and among the parties that, pursuant to the Federal Rule of Civil Procedure 41(a), the above-captioned action be, and hereby is, dismissed with prejudice and without costs or fees to any party.

| | |
|---|---|
| s/_____<br>Antonio Caldarone<br>Laner Muchin Dombrow Becker Levin and Tominberg Ltd.<br>515 N. State St., Suite 2800<br>Chicago IL 60654<br><br>Attorney for Defendant | s/Gene Hook, Jr.<br>Gene E Hook Jr.<br>Law office of Gene Hook Jr.<br>401 S LaSalle St. Suite 1600 Q<br>Chicago, IL 60605<br><br>Attorney for Plaintiff |